■ MARTIN J. SAWMA, Appellant, v STATE OF NEW YORK et al., Respondents.—Order unanimously affirmed without costs. Memorandum: We agree with the Court of Claims that the proposed notice of claim lacks the appearance of merit *(see,* Court of Claims Act § 10 [6]); thus the court properly denied the motion to serve a late notice of claim. (Appeal from order of Court of Claims, McMahon, J.—late notice of claim.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.